# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2021 KW 0522

VERSUS

JAMES JERROD SPIKES, JR.                              **JULY 30, 2021**

---

In Re:    James Jerrod Spikes, Jr., applying for supervisory
          writs, 22nd Judicial District Court, Parish of
          Washington, No. 15-CR4-128964.

---

**BEFORE:    THERIOT, HOLDRIDGE, AND HESTER, JJ.**

    **WRIT DENIED AS MOOT.** The record of the Washington Parish Clerk of Court shows that on or about May 18, 2021, the district court denied relator's motion to correct an illegal sentence. In the event relator elects to file a new application with this court seeking review of the district court's ruling, he may do so without the necessity of obtaining a return date. The application shall be filed on or before September 14, 2021, and should include a copy of this ruling and a copy of the motion and supporting memorandum, the district court's ruling, the habitual offender bill of information, the relevant criminal court minutes, and any other pertinent documents from the district court record that might support the claims presented for review.

**MRT**
**GH**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT